**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re | CHAPTER 7 |
| MARATHON HEALTHCARE GROUP, LLC and MARATHON HEALTHCARE CENTER OF WEST HAVEN, LLC, | CASE NO. 08-20591 (ASD) |
| Debtors. | |
| THOMAS C. BOSCARINO, | ADV. PRO. NO. 10-02067 |
| Plaintiff, | |
| v. | |
| ROCKPORT MORTGAGE CORPORATION, | |
| Defendant. | APRIL 29, 2010 |

**ANSWER AND AFFIRMATIVE DEFENSES**

Rockport Mortgage Corporation ("RMC") hereby responds to the Plaintiff's Complaint To Avoid Preferential Transfer Under 11 U.S.C. Section 547(b) dated March 31, 2010 (the "Complaint") as follows:

1. RMC admits the allegations of Paragraph 1 of the Complaint.

2. RMC is without knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint and therefore leaves the Plaintiff to its proof.

3. RMC admits the allegations of Paragraph 3 of the Complaint.

4. RMC admits the allegations of Paragraph 4 of the Complaint.

5. RMC admits that the Debtor transferred its property to or for the benefit of RMC, but RMC denies that the transfer was made on account of an

antecedent debt.

6. RMC admits the allegations of Paragraph 6 of the Complaint.

7. RMC is without knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint and therefore leaves the Plaintiff to its proof.

8. RMC is without knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint and therefore leaves the Plaintiff to its proof.

9. RMC admits the allegations of Paragraph 9 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Some or all of the transfers are not avoidable by the Plaintiff to the extent that such transfers were intended by the Debtor and RMC to be contemporaneous exchanges for new value given to the Debtor and were in fact contemporaneous exchanges pursuant to 11 U.S.C. § 547(c)(1).

## THIRD AFFIRMATIVE DEFENSE

After the allegedly preferential transfers were made, RMC provided new value to or for the benefit of the Debtor not secured by an otherwise avoidable security interest for which the Debtor did not pay RMC and therefore the transfers are not avoidable pursuant to 11 U.S.C. § 547(c)(4).

## FOURTH AFFIRMATIVE DEFENSE

The transfers between the Debtor and RMC were in payment of a debt incurred in the ordinary course of business between the Debtor and RMC, were paid in the

-3-

ordinary course of the business and financial affairs of the Debtor and RMC and according to ordinary business terms and are not avoidable pursuant to 11 U.S.C. § 547(c)(2).

WHEREFORE, Rockport Mortgage Corporation requests that this Court:

1. enter judgment in its favor and deny the Plaintiff the relief requested;

2. dismiss the Complaint;

3. grant Rockport Mortgage Corporation its costs; and

4. grant such other and further relief as this Court deems just and equitable.

          ROCKPORT MORTGAGE CORPORATION


By /s/ Robert A. White
Robert A. White - ct08277
rwhite@murthalaw.com
Meredith C. Burns – ct27544
mcburns@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: 860.240.6000
Facsimile: 860.240.6150
Its Attorneys